14 JUN 26 AM 9:27

[stamp: U.S. DISTRICT COURT / SOUTHERN DISTRICT OF CALIFORNIA]

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JASON MILLER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 13-CV-238-BEN (NLS)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Docket Nos. 21, 23, 24] |

On January 29, 2013, Plaintiff Steve Jason Miller commenced an action seeking judicial review of a decision of the Commissioner of Social Security denying Plaintiff's application for Disabled Adult Child benefits. (Docket No. 1). Plaintiff filed a Motion for Summary Judgment on January 27, 2014. (Docket No. 21). Defendant filed a Cross-Motion for Summary Judgment on February 27, 2014. (Docket No. 23). On June 9, 2014, Magistrate Judge Nita L. Stormes issued a thoughtful and thorough Report and Recommendation recommending that Plaintiff's Motion for Summary Judgment be denied and Defendant's Cross-Motion for Summary Judgment be granted. (Docket No. 24). Any objections to the Report and Recommendation were due June

23, 2014. (*Id.*) Neither party has filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "The district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Stormes' Report and Recommendation. Defendant's Cross-Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 25, 2014

HON. ROGER T. BENITEZ
United States District Judge